# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33351-JBS |
| | § | |
| MELISSA P HIBBLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/21/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/25/2013            By:   /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33351-JBS |
| | § | |
| MELISSA P HIBBLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,925.00 |
| *and approved disbursements of* | $2,882.30 |
| *leaving a balance on hand of[1]:* | $5,042.70 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $5,042.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,258.85 | $0.00 | $1,258.85 |
| David P. Leibowitz, Trustee Expenses | $1.68 | $0.00 | $1.68 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,260.53 |
| Remaining balance: | $3,782.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,782.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,782.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,682.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | National Commercial Se | $694.54 | $0.00 | $694.54 |
| 2 | Quantum3 Group LLC as agent for | $733.86 | $0.00 | $733.86 |
| 3 | Jefferson Capital Systems LLC | $253.70 | $0.00 | $253.70 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,682.10 |
| Remaining balance: | $2,100.07 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $2,100.07 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $2,100.07 |

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.19 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor(s) after payment of all claims and interest is $2,100.07.

      Prepared By:  /s/ David P. Leibowitz
                               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-33351-JBS
Melissa P Hibbler                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 1                  Date Rcvd: Oct 29, 2013
                              Form ID: pdf006             Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db         +Melissa P Hibbler,    177 E Sycamore Dr.,    Apt 109,    Park Forest, IL 60466-2645
19350142   +American Collections,    919 Estes Ct,   Schaumburg IL 60193-4436
19348149   +Cook Law Magistrate,    16504 South Kedzie,    Markham, IL 60428-5511
19350144   +Credit Management Lp,    4200 International Pkwy,    Carrollton TX 75007-1912
19350146   +Credit Protection,   Associates,    13355 Noel Rd,    Ste 2100,   Dallas TX 75240-6837
19350150   +Jefferson Capital Systems,    16 Mcleland Rd,    Saint Cloud MN 56303-2198
19350152   +National Commercial Se,    6644 Valjean Ave,    Ste 100,   Van Nuys CA 91406-5816
19350153   +Second Round L.p/pls,    Financial,   Po Box 41955,    Austin TX 78704-0033
19350154    Us Department Of,    Ed/gsl/atl,   Po Box 4222,    Iowa City IA 52244
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19350143   +E-mail/Text: wgreen1@jdbyrider.com Oct 30 2013 01:11:42      Cnac,    il115,   2345 W Jefferson St,
             Joliet IL 60435-6445
19350145   +E-mail/Text: creditonebknotifications@resurgent.com Oct 30 2013 01:10:31      Credit One Bank,
             Po Box 98875,   Las Vegas NV 89193-8875
19350147   +E-mail/PDF: pa_dc_ed@salliemae.com Oct 30 2013 01:00:04      Dept Of Ed/sallie Mae,    Po Box 9635,
             Wilkes Barre PA 18773-9635
19350148   +E-mail/Text: bankruptcies@escallate.com Oct 30 2013 00:58:28      Escallate Llc,
             5200 Stoneham Rd,    North Canton OH 44720-1584
19350149   +E-mail/Text: dleabankruptcy@hrblock.com Oct 30 2013 00:58:30      H&r Block,    Po Box 3052,
             Milwaukee WI 53201-3052
19350151   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2013 01:11:19      Midland Funding,    8875 Aero Dr,
             Ste 200,   San Diego CA 92123-2255
19922622    E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2013 01:11:07
             Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
             Kirkland, WA   98083-0788
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20017602     Jefferson Capital Systems LLC,    Purchased From RJM ACQUISITIONS, LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-9617,   Orig By: WASHINGTON MUTUAL CHK
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```